**FILED**

NOV 1 2 2015

Clerk, U.S. District Court
District Of Montana
Helena

**PAULETTE L. STEWART**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**901 Front Street, Suite 1100**
**Helena, Montana 59626**
**Phone: (406) 457-5120**
**FAX: (406) 457-5130**
**Email: paulette.stewart@usdoj.gov**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 15-32-M-DWM** |
| **Plaintiff,** | |
| **vs.** | **NOTICE OF CORRECT PENALTY FOR COUNTS 1-13** |
| **ERIC DANIEL DOYLE, JEFFREY LEE PALMER, BRIAN SPAIN, TANNA LEE MEAGHER, and JAY WILLIAM ISLES, Sr.,** | |
| **Defendants.** | |

The United States of America by and through Assistant United States

Attorney, Paulette L. Stewart, notifies the Court and counsel of the correct penalty

for Counts 1-13 of the Indictment in this case.   The correct maximum penalty for

each count is 10 years imprisonment, $250,000 fine, and three years supervised

release.

1

Assigned counsel will ask the Magistrate Court to correct the Indictment by interlineation at the initial appearance date for most of the defendants set December 2, 2015, in Missoula, Montana.

Dated this 12th day of November, 2015.

MICHAEL W. COTTER
United States Attorney

PAULETTE L. STEWART
Assistant United States Attorney
Attorney for Plaintiff

2