# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# MISSOULA DIVISION

UNITED STATES OF AMERICA,

                              Plaintiff,

vs.

ERIC DANIEL DOYLE,

                              Defendant.

CR-15-32-M-DWM

**WARRANT FOR ARREST**

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

*[Stamps: U.S. MARSHALS SERVICE GREAT FALLS, MONTANA — 2015 NOV -5 P 3:43 RECEIVED; FILED NOV 13 2017 Clerk, U.S. District Court District Of Montana Missoula]*

YOU ARE HEREBY COMMANDED to arrest ERIC DANIEL DOYLE and take the arrested person without unnecessary delay before the nearest federal magistrate judge to answer the INDICTMENT charging him with Illegal Export; Attempted Illegal Export in violation of Title 18 United States Code, Section 2 and 554, Felon In Possession Of Firearms (Aiding And Abetting) in violation of Title 18 United States Code, Section 2 and 922(g)(1), Straw Purchase/False Statement In Connection With A Firearms Transaction in violation of Title 18 United States Code, Section 922(a)(6), Dealing In Firearms Without A License in violation of Title 18 United States Code, Section 922(a)(1)(A), Unlawful Transfer Of Firearms To An Out-Of-State Resident in violation of Title 18 United States Code, Section 922(a)(5), Possession Of Firearms With Obliterated Serial Number in violation of Title 18 United States Code, Section 922(k), and Mailing Firearms in violation of Title 18 United States Code, Section 1715.

Assigned to: Paulette L. Stewart

_/s/ Athena Cobb_
Athena Cobb, Deputy Clerk
AS ORDERED BY U.S. MAGISTRATE JUDGE ROBERT L. HOLTER
Great Falls, Montana

**BAIL FIXED AT NONE**
Date of Issue: 5th day of November, 2015

| *RETURN* ||
|---|---|
| **DATE RECEIVED:** | **LOCATION:** |
| **EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT** ||
| **DATE OF ARREST:** 11/08/2017 | **Darrell Bell** |
| **LOCATION:** Nogales Port of Entry, AZ CBP | **UNITED STATES MARSHAL** |
| BY: _[signature]_     Deputy U.S. Marshal | |