IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>ERIC DANIEL DOYLE,<br><br>              Defendant. | CR 15-32-M-DWM<br><br>ORDER |

   IT IS ORDERED that a detention hearing is set for December 12, 2017, at 11:00 a.m. at the Russell Smith Courthouse, 201 E. Broadway, in Missoula, Montana.

   DATED this 8th day of December, 2017.

                                   /s/ Jeremiah C. Lynch
                                   Jeremiah C. Lynch
                                   United States Magistrate Judge