# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERIC DANIEL DOYLE,<br><br>Defendants. | CR 15-32-M-DWM<br><br>**ORDER** |

Counsel for Defendant Eric Daniel Doyle having filed a Motion for Detention Hearing, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that the motion for a detention hearing is GRANTED and the detention hearing is set for December 21, 2017, at 9:30 a.m. at the Russell Smith Courthouse, 201 E. Broadway in Missoula.

DATED this 20th day of December, 2017.

Jeremiah C. Lynch
United States Magistrate Judge

1