

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERIC DANIEL DOYLE,<br><br>Defendant. | CR 15–32–M–DWM<br><br><br>NOTICE |

The Court hereby notifies the parties that it is considering imposing

consecutive sentences in this case.  *Cf.* Fed. R. Crim. P. 32(h).

DATED this 21st day of May, 2018.

Donald W. Molloy, District Judge
United States District Court