Case 9:15-cr-00032-DWM   Document 178-1   Filed 05/22/18   Page 1 of 1



# Compare the United States

**Penalty for Illicit Firearm Possession**

| United States | In the United States, the maximum penalty for unlawful possession of a firearm[1] is 10 years in prison[2] |
|---|---|
| Australia | 20 years in prison, depending on the jurisdiction and category of firearm |
| Canada | five to 10 years in prison |
| Denmark | four months to two years in prison |
| Norway | up to three months in prison |
| Sweden | four years in prison |
| United Kingdom | five to 10 years in prison, depending on gun type |

To compare the United States to others, add or remove countries or states below. Only those which publish comparable data for the chosen category appear in the list. To re-create or to E-mail this chart, copy its URL from your browser address bar.

**Citation for this chart**

Alpers, Philip, Amélie Rossetti and Daniel Salinas. 2018. *Guns in the United States: Penalty for Illicit Firearm Possession.*
Sydney School of Public Health, The University of Sydney. GunPolicy.org, 9 May.  Accessed 22 May 2018. at:
http://www.gunpolicy.org/firearms/compare/194/penalty_for_illicit_firearm_possession/10,50,31,136,177,192

---

GunPolicy.org provides evidence-based, public health-oriented information
on armed violence, small arms policy and firearm-related injury prevention around the world.
© **GunPolicy.org** 2018